**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Gwenda Renee' Linzay Lamb
Attorney at Law
434 Dove Cove
Alexandria LA 71303

**REHEARING ACTION: December 21, 2011**

**Docket Number: 11   00368-CA**

**SUCCESSION OF**
**FRANK BERNAT**

**Appealed from Rapides Parish Case No. 39178**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Henry A. Bernat** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing.

cc: Gregory Brian Upton, Counsel for the Appellee